**STATE of Missouri, Respondent,**

v.

**Gregory MARTIN, Appellant.**

**Gregory MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 57185, 59146.

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 17, 1991.

Henry B. Robertson, St. Louis, John Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his convictions of second degree assault and felonious restraint and the resultant sentences of fifteen years imprisonment on each count to be served consecutively. He also appeals from the denial of his Rule 29.15 post-conviction motion. No error of law appears and a written opinion would have no precedential value. Judgments are affirmed. Rule 30.25(b) and Rule 84.16(b).